IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TODD A. D'ANTONI,

                Petitioner,                ORDER

v.

                                          10-cv-675-wmc

UNITED STATES OF AMERICA,

                Respondent.

---

On December 27, 2012, the district court denied Todd A. D'Antoni's motion for relief from his federal conviction and sentence under 28 U.S.C. § 2255. In that same order, the court denied a certificate of appealability for purposes of 28 U.S.C. § 2253(c). D'Antoni has filed a notice of appeal. To date, however, he has neither paid the appellate docketing fee ($455.00) nor tendered a motion for leave to proceed *in forma pauperis*. For D'Antoni's appeal to proceed, he must do one or the other.

ORDER

IT IS ORDERED that Todd A. D'Antoni must either (1) pay the $455.00 appellate docketing fee or (2) file a properly supported motion for leave to proceed *in forma pauperis* together with a certified copy of his inmate trust fund account statement (or institutional equivalent), within **thirty days** of the date of this order.

Entered this 26th day of March, 2013.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge